## United States District Court for the Northern District of Illinois

Case Number: 07cv7253                        Assigned/Issued By: j.n.

Judge Name:                                  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __2-15-08__ as to __all defendants__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05