AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Manuel Perez, on behalf of himself and all other similarly situated persons, known and unknown,

V.

Niko's Grill and Pub, Inc. and Niko Kanakaris, individually

CASE NUMBER: 07 C 7253

ASSIGNED JUDGE: Andersen

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Niko's Grill & Pub, Inc.
c/o Reg. Agent, George Stanton
8501 W. Higgins Rd., Suite 340
Chicago, IL 60631

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 2-15-08

**ClientCaseID:**
**Law Firm ID:**   WERMAN



CaseReturnDate:   3/20/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **07C7253**

**I, R. MARSHALL GRADY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **NIKO'S GRILL AND PUB, INC.**
PERSON SERVED **TERRI ANTCZAK, LEGAL ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **3/4/08**

I SPOKE WITH THE REGISTERED AGENT BY PHONE. HE INSTRUCTED ME TO LEAVE THE DOCUMENTS WITH TERRI ANTCZAK AS HE WOULD BE OUT OF THE OFFICE.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

**Sex** FEMALE   **Race** WHITE   **Age** 50
**Height** 5' 7   **Build** MEDIUM   **Hair** BROWN

LOCATION OF SERVICE   **8501 W HIGGINS ROAD 340**
**CHICAGO, IL, 60631**

Date Of Service   3/4/08         Time of Service   2:52 PM

R. MARSHALL GRADY                                   3/5/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.