AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Manuel Perez, on behalf of himself and all other similarly situated persons, known and unknown,

CASE NUMBER: 07 C 7253

V.

ASSIGNED JUDGE: Andersen

Niko's Grill and Pub, Inc. and Niko Kanakaris, individually

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Niko Kanakaris
11900 Freeman Rd.
Huntley, IL  60142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

2-15-08
DATE

**State of Illinois**

**US District Court of IL/Northern District**
**Docket No. 07 C 7253**

**County of McHenry**

### AFFIDAVIT OF SERVICE

**GLENN C. OLSON** deposes and says that he is a registered employee of **HRODEY & ASSOCIATES**, a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Saturday, February 23, 2008 at 1:30 PM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with NIKO KANAKARIS as shown below:

**Personally** served a copy of the Summons and a copy of the Complaint or Petition, by giving a copy to the within named **NIKO KANAKARIS** at c/o Niko's Restaurant, 11900 Freeman Road, Huntley, IL 60142.

DESCRIPTION of Person Served: Date of Birth: 7/26/1975; Sex: Male; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

FEB 2 5 2008
Dated

Glenn C. Olson