IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PEREZ, on behalf of himself and all other similarly situated persons, known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>NIKO'S GRILL AND PUB, INC. and NIKO KANAKARIS, individually,<br><br>Defendant. | No. 07 C 7253 |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

Now come the defendants, Niko's Grill and Pub, Inc. and Niko Kanakaris, by their attorney, Peter S. Stamatis, and respectfully request this Honorable Court enter an order granting them an additional thirty days to file their responsive pleading to the complaint. In support thereof, defendants state as follows:

1. On or about February 22, 2008, the registered agent for defendants signed and returned a Waiver of Service to counsel for plaintiff.

2. Federal Rule of Civil Procedure 12(a)(1)(A) requires that defendants respond to a complaint "within 20 days after being served with the summons and complaint …" Fed. Rule Civ. Pro. 12(a)(1)(A).

3. Counsel for defendants was just retained and needs additional time in which to review the facts and circumstances of this matter and to prepare such a pleading and respectfully requests an additional 21 days, until April 16, 2008 in which to file said responsive pleading.

4. This motion is not opposed.

WHEREFORE the Defendants, Niko's Grill and Pub, Inc. and Niko Kanakaris respectfully request this Honorable Court enter an agreed order granting them an additional 21 days, until April 16, 2008, in which to file their responsive pleading to plaintiff's complaint.

Dated: 3/26/08

Respectfully submitted,

_____
One of Regent's Lawyers

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone: 312 606 0045
Facsimile: 312 606 0085
Attorney code: 6217496