IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PEREZ, on behalf of himself and all other similarly situated persons, known and unknown,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NIKO'S GRILL AND PUB, INC. and NIKO KANAKARIS, individually,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 7253<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:　Douglas M. Werman
　　Maureen A. Bantz
　　Werman Law Office, P.C.
　　77 West Washington Street, Suite 1402
　　Chicago, Illinois 60602

　　PLEASE TAKE NOTICE that on Thursday April 3, 2008 at 9:00 a.m., we will appear before the Honorable Judge Wayne Andersen in Room 1403 of the Dirkson Building, 219 S. Dearborn, Chicago, Illinois and will there present *MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT*, a copy of which is attached.

3/26/08

_____
One of the attorneys for Defendants

## CERTIFICATE OF DELIVERY

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Filing and Motion were filed electronically with the Clerk of the Court on this 26th day of March, 2008, using the CM/ECF system, which will send notification of such filing to counsel of record.

_____
Peter S. Stamatis

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone: 312 606 0045
Facsimile: 312 606 0085
Attorney code: 6217496