IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PEREZ, on behalf of himself and all other similarly situated persons, known and unknown, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) No. 07 C 7253 |
| v. | )<br>)<br>) |
| NIKO'S GRILL AND PUB, INC. and NIKO KANAKARIS, individually, | )<br>)<br>) |
| Defendant. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO REFER
MATTER TO MAGISTRATE FOR SETTLEMENT CONFERENCE
AND FOR ENLARGEMENT OF
<u>TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT</u>**

Now come the defendants, Niko's Grill and Pub, Inc. and Niko Kanakaris, by their attorney, Peter S. Stamatis, and respectfully request this Honorable Court enter an order granting them an additional thirty days to file their responsive pleading to the complaint. In support thereof, defendants state as follows:

1. On or about April 3, 2008, this Honorable Court entered an order granting defendants until April 16, 2008 to respond to the complaint.

2. Since that time, counsel for defendants has investigated and continues to investigate the allegations contained in the complaint.

3.     Further, counsel for plaintiff and defendants have discussed the possibility of resolving this matter.

4.     Accordingly, counsel for defendants requests:

    a.    referral of this case to Magistrate Judge Nolan for settlement conference; and

    b.    additional time for defendants to answer said complaint.

5.     This motion is not opposed.

WHEREFORE the Defendants, Niko's Grill and Pub, Inc. and Niko Kanakaris respectfully request this Honorable Court grant defendants the relief requested herein.

Dated: 4/16/08

Respectfully submitted,

_____
One of Niko's Lawyers

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive
Suite 4800
Chicago, Illinois 60601
Telephone: 312 606 0045
Facsimile: 312 606 0085
Attorney code: 6217496