IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PEREZ, on behalf of himself and all other similarly situated persons, known and unknown, ) ) ) ) ) | |
| Plaintiff, ) | No. 07 C 7253 |
| ) | |
| v. ) ) ) ) | |
| NIKO'S GRILL AND PUB, INC. and NIKO KANAKARIS, individually, ) ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:  Douglas M. Werman
     Maureen A. Bantz
     Werman Law Office, P.C.
     77 West Washington Street,
     Suite 1402
     Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on Thursday April 24, 2008 at 9:00 a.m., we will appear before the Honorable Judge Wayne Andersen in Room 1403 of the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and will there present *DEFENDANTS' UNOPPOSED MOTION TO REFER MATTER TO MAGISTRATE FOR SETTLEMENT CONFERENCE AND FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT,* a copy of which is attached.

_____
One of the attorneys for Defendants

## CERTIFICATE OF DELIVERY

      The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Filing and Motion were filed electronically with the Clerk of the Court on this 16th day of April, 2008, using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                                              Peter S. Stamatis

Peter S. Stamatis  
Law Offices of Peter S. Stamatis, P.C.  
77 West Wacker Drive  
Suite 4800  
Chicago, Illinois 60601  
Telephone:  312 606 0045  
Facsimile:  312 606 0085  
Attorney code:  6217496