## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Manuel Perez

> Plaintiff,

v.                                        Case No.: 1:07–cv–07253
                                          Honorable Wayne R. Andersen

Niko's Grill and Pub, Inc., et al.

> Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

        MINUTE entry before Judge Honorable Wayne R. Andersen:Defendants'
unopposed motion for extension of time [14] and to refer to the magistrate judge for
settlement conference is granted.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.