UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Manuel Perez

                    Plaintiff,

v.                                                   Case No.: 1:07−cv−07253
                                                    Honorable Wayne R. Andersen

Niko's Grill and Pub, Inc., et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(tsa, )Mailed notice.

Dated: April 18, 2008

                                                                                         /s/ Wayne R. Andersen

                                                                                United States District Judge