**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Manuel Perez
                              Plaintiff,

v.                                             Case No.: 1:07−cv−07253
                                               Honorable Wayne R. Andersen

Niko's Grill and Pub, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable Nan R. Nolan:Initial status hearing set for
4/24/2008 at 09:00 a.m. before Magistrate Judge Nolan in courtroom 1858 for the purpose
of scheduling a settlement conference. Parties shall deliver a copy of an initial status
report to chambers, room 1870, at least one business day before the initial status hearing.
If the parties have recently prepared and filed an initial status report, the submission of the
previously filed initial status report is sufficient. Parties are to bring dates when both
clients and counsel will be available for a settlement conference, which regularly begin at
10:00 a.m. Because of the volume of settlement conferences conducted by Judge Nolan,
once a settlement conference date has been agreed upon, no continuance will be granted
without a motion showing extreme hardship. The parties are directed to review and to
comply with Judge Nolans standing order setting settlement conference. Copies are
available through Judge Nolans web page at www.ilnd.uscourts.gov.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.