IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL PEREZ, on behalf of himself and other similarly-situated persons, known and unknown,<br><br>      Plaintiff,<br><br>v.<br><br>NIKO'S GRILL AND PUB, INC. and NIKO KANAKARIS, individually,<br><br>      Defendants. | Case No. 07 C 7253<br><br>Judge Andersen<br>**Magistrate Judge Nolan** |

## NOTICE OF FILING

TO:   Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on April 28, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Joint Initial Status Report**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs