## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Manuel Perez

                            Plaintiff,

v.                                                      Case No.: 1:07−cv−07253
                                                         Honorable Wayne R. Andersen

Niko's Grill and Pub, Inc., et al.

                            Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 8/5/2008.Settlement conference held. Parties are directed to contact chambers by 4:00 p.m. on 08/06/08 to advise if settlement agreement is accepted. Status hearing set for 9/11/2008 at 09:00 AM.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.